# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1460
Lower Tribunal No. 2011-CF-015717-B-O

_____

KELVIS B. HIGHTOWER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Michael Kraynick, Judge.

October 7, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and WOZNIAK, JJ., concur.


Kelvis B. Hightower, Mayo, pro se.

James Uthmeier, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED